① Reginald Buckhannon JR #230326041
② Aaron Ortiz #230912020
③ Humberto Chapetti 191012013
④ Welch Ferrari 230400047
**Name and Prisoner/Booking Number**

Pima County Adult Detention Center
**Place of Confinement**

PO Box 951
**Mailing Address**

Tucson Az 85702
**City, State, Zip Code**
FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 20 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

① Reginald Buckhannon JR
② Aaron Ortiz
③ Humberto Chapetti
④ Ferrari Welch
**(Full Name of Plaintiff)**
Plaintiff,

vs.

(1) Pima County Adult Detention Center
**(Full Name of Defendant)**
(2) Keefe Group
(3) Global Tell Link
(4) ___
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-00099-TUC-JCH-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Pima County Adult Detention Center

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Pima County Adult Detention Center__. The first Defendant is employed as: __Jail__ at __Pima County__
   (Position and Title)      (Institution)

2. Name of second Defendant: __Keefe Group__. The second Defendant is employed as: __Commissary Provider__ at __Pima County Adult Detention Center__
   (Position and Title)      (Institution)

3. Name of third Defendant: __Global Tell Link__. The third Defendant is employed as: __Phone Service Provider__ at __Pima County Adult Detention Center__
   (Position and Title)      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title)      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __5__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Tervari Welch__ v. __D Douglas Metcalf__
      2. Court and case number: __4:23-CV-00568-TUC-PSOT__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   b. Second prior lawsuit:
      1. Parties: __Tervari Welch__ v. __Pierre De la Ossa__
      2. Court and case number: __4:24-CV-00017-TUC-PSOT__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   c. Third prior lawsuit:
      1. Parties: __Tervari Welch__ v. __Pima County Adult Detention Center__
      2. Court and case number: __4:24-CV-00018-TUC-PSOT__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Cruel and unusual punishment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   Pima County Adult Detention Center (PCADC) has placed magnets over the inter-cell viewing windows 12 out of 24 hours in a day

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental strain and duress

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: PCADC has created a monopoly with Keefe Group.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Monopoly

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   By PCADC only allowing you to purchase commissary from one provider they have created a Monopoly which is illegal in this Country.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Price gouging

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: PCADC and Global Tell Link.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Created a Monopoly

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   PCADC and Global Tell Link have created a monopoly on communication which is illegal in this country

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Price gouging and not allowing family without felony's visit (and friends.)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: We request 3 million dollars in Relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-8-24
             DATE                                    SIGNATURE OF PLAINTIFF

                                    2-8-24           Reginald Buckhana (1)
                                    DATE

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

                                    2-9-24           Aaron P. Ortiz (2)
                                    DATE

(Signature of attorney, if any)
                                    2-8-24           Humberto Chappelle (3)
                                    DATE


(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.